RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAR 1 9 2025
DANIEL J. McCOY, CLERK
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:25-cr-00066-01 |
| VERSUS | Judge Drell |
| JORGE TREVINO, a.k.a. Jorge Trevino-Rodriguez | Magistrate Judge Perez-Montes |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Forcibly Assaulting a Federal Officer
[18 U.S.C. 111(a)(1)]

On or about the 16th day of December, 2024, in the Western District of Louisiana, the defendant, **Jorge Trevino, a.k.a. Jorge Trevino-Rodriguez**, did forcibly assault any person designated in 18 U.S.C. § 1114, to wit: J.C. a corrections officer who was engaged in official duties, and caused physical contact by hitting him, in violation of Title 18, United States Code, Section 111 [18 U.S.C. 111(a)(1)].

A TRUE BILL:

ALEXANDER C. VAN HOOK
Acting United States Attorney

*REDACTED*
_____
GRAND JURY FOREPERSON

By: _____
SAMUEL S. CRICHTON, LA Bar No. 35726
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600